IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED WILSON, | : | |
|     Petitioner | : | No. 1:15-cv-00126 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CAPTAIN S. SPAULDING, | : | (Magistrate Judge Schwab) |
|     Respondent | : | |

**ORDER**

**AND NOW,** on this 15th day of December 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 30) is **ADOPTED**;

2. Petitioner's motion requesting an extension of time to object to Magistrate Judge Schwab's Report and Recommendation (Doc. No. 32) is **GRANTED**;

3. Petitioner's request (Doc. No. 39) to amend and supplement Petitioner's objections is **GRANTED**;

4. Petitioner's objections are **OVERRULED**;

5. Petitioner Fred Wilson's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED**;

6. Petitioner's motion for summary judgment (Doc. No. 13) is **DENIED**;

7. Petitioner's motion for appointment of counsel (Doc. No. 21) is **DENIED**;

8. Petitioner's motion pursuant to Federal Rule of Civil Procedure 60(b) (Doc. No. 22) is **DENIED**;

9. Petitioner's motion for preliminary injunction (Doc. No. 31) is **DENIED**; and

10. The Clerk is directed to mark this case as **CLOSED.**

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania